IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00526-MSK-BNB

GREASE MONKEY INTERNATIONAL, INC., a Colorado corporation,

Plaintiff,

v.

ERNESTO ALMADA VALENZUELA, an individual, and
MARIO ALBERTO TREVINO SOLANO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Consistent with matters discussed at a status conference this afternoon,

IT IS ORDERED that the plaintiff shall file a status report at the earlier of:

(1) its receipt of confirmation of service of process against either or both defendants; or

(2) January 4, 2013.


DATED:  August 28, 2012