IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00526-MSK-BNB

GREASE MONKEY INTERNATIONAL, INC., a Colorado corporation,

Plaintiff,

v.

ERNESTO ALMADA VALENZUELA, an individual, and
MARIO ALBERTO TREVINO SOLANO,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the Order to Show Cause [Doc. # 35] entered on October 30, 2014. In its Response [Doc. # 36], the plaintiff sought affirmative relief as follows:

> If the Central Authority in Mexico does not serve process on Defendants at their residence addresses, then the Court should enter an order allowing Grease Monkey to serve Defendants through email addresses or social media if possible. Grease Monkey will serve Defendants with the Complaint and Summons in both English and Spanish. Grease Monkey requests an enlargement of time until Tuesday, March 3, 2015, to complete service of process through the Central Authority in Mexico pursuant to Fed. R. Civ. P. 4(f)(1), or through electronic mail or social media on Defendants pursuant to Fed. R. Civ. P. 4(f)(3).

Local rule of practice 7.1(d), D.C.COLO.LCivR, prohibits a party from including a motion in a response or reply. Instead, "[a] motion shall be filed as a separate document." Id.

IT IS ORDERED that the plaintiff shall seek relief from its service obligations, if at all, by an appropriate motion filed on or before December 17, 2014.

Dated December 3, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge